## Commonwealth *v.* Spencer, Appellant.

Submitted September 14, 1970. *Morton B. Weinstein,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Steinbacher et al., Appellants.

Argued September 14, 1970. *Sidney A. Simon,* for appellants; *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.